IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEITH RICHARD ESKIN,**                                                  **PLAINTIFF**

v.              **CASE NO. 3:11CV00139 BSM/JTK**

**CRAIGHEAD COUNTY JAIL, et al.**                               **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint against Defendants be DISMISSED with prejudice for failure to state a claim.

2. This dismissal be considered a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal from this order would not be taken in good faith.

Dated this 31st day of August 2011.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE