IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEITH RICHARD ESKIN,**                                                                                          **PLAINTIFF**

v.                              **CASE NO. 3:11CV00139 BSM/JTK**

**CRAIGHEAD COUNTY JAIL, et al.**                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim. The relief sought is denied.

It is hereby certified, pursuant to 28 U.S.C. § 1915(a)(3), that any *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered not in good faith.

IT IS SO ORDERED this 31st day of August 2011.

_____
UNITED STATES DISTRICT JUDGE